| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>MILSTEAD & ASSOCIATES, LLC<br>By: Michael J. Milstead<br>Atty. ID: 021031989<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231248-1<br>Attorneys for Secured Creditor: Citibank, N.A. | |
| In Re:<br><br>Vladimir N Shapiyevskiy | Case No.: 21-19371-KCF<br>Chapter 7<br><br>Judge: Kathryn C. Ferguson |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Citibank, N.A. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:
Michael J. Milstead, Esquire
Milstead & Associates, LLC
1 E. Stow Road
Marlton, NJ 08053

DOCUMENTS:
☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

| | |
|---|---|
| DATED: December 16, 2021 | MILSTEAD & ASSOCIATES, LLC<br><br>/s/ *Michael J. Milstead*<br>Michael J. Milstead, Esquire<br>1 E. Stow Road<br>Marlton, NJ 08053<br>(856) 482-1400<br>File No. 231248-1<br>Attorneys for Secured Creditor |