UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: VLADIMIR N. SHAPIYEVSKIY

Case No.: 21-19371
Chapter: 7
Judge: KCF

## NOTICE OF PROPOSED ABANDONMENT

_____Bunce D. Atkinson_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on ____02/15/2022____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __2__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 556 Englishtown Rd, Monroe Twnship, NJ-Value:$252,360.00 1/2 share

Liens on property:
Bank of America - Value: $206,569.81
Select Protfolio Servicing: $49,704.38

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Bunce D. Atkinson, Chapter 7 Trustee
Address: 1011 Highway 71, Suite 200 Spring Lake, NJ 07762-2030
Telephone No.: (732) 449-0525

rev.8/1/15

United States Bankruptcy Court

District of New Jersey

In re:  
Vladimir N Shapiyevskiy  
    Debtor

Case No. 21-19371-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Jan 12, 2022      Form ID: pdf905      Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vladimir N Shapiyevskiy, 556 Englishtown Rd, Monroe Township, NJ 08831-3250 |
| 519454991 | + | ABCNeurology, 95 Bridge Plaza Drive, Englishtown, NJ 07726-1700 |
| 519454993 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519454994 | | Bank of America, PO Box 15796, Wilmington, DE 19886-5796 |
| 519454999 | | Jersey Central Power & Light, PO Box 16001, Reading, PA 19612-6001 |
| 519455001 | + | NJ Urology LLC, PO Box 95000, Philadelphia, PA 19195-0001 |
| 519455002 | + | Radius Global Solutions LLC, PO Box 390846, Minneapolis, MN 55439-0846 |
| 519455003 | + | Raritan Bay Fcu, 495 Raritan St, Sayreville, NJ 08872-1466 |
| 519455005 | | Select Portfolio Servicing, P.O Box 65250, Salt Lake City, UT 84165-0250 |
| 519455007 | + | Twp of Monroe Utility Dept, 143 Union Valley Road, Monroe Township, NJ 08831-5960 |
| 519455008 | + | Wakefield & Associates, 409 Bearden Park C, Knoxville, TN 37919-7406 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2022 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2022 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519454992 | | Email/Text: Bankruptcy@absoluteresolutions.com | Jan 12 2022 20:33:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington, MN 55437 |
| 519454995 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2022 20:35:14 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519454997 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 12 2022 20:34:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 519455004 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2022 20:35:10 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519455000 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 12 2022 20:34:00 | New Jersey Division of Taxation, P.O. Box 245, Trenton, NJ 08695 |
| 519456519 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2022 20:35:13 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519455006 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 12 2022 20:35:01 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |

TOTAL: 9

Case 21-19371-KCF   Doc 11   Filed 01/14/22   Entered 01/15/22 00:13:04   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 12, 2022 | Form ID: pdf905 | Total Noticed: 20 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519454998 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 519454996 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2022             Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bunce Atkinson | bunceatkinson@aol.com  NJ09@ecfcbis.com,maraujo@atkinsondebartolo.org,atkinson@remote7solutions.com |
| Michael J. Milstead | on behalf of Creditor Citibank  N.A. michael@milsteadlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Legacy Mortgage Asset Trust 2021-SL1 rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Vladimir N Shapiyevskiy rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 5