Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

>
> Case No.:   21−19371−KCF
> Chapter:   7
> Judge:   Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Vladimir N Shapiyevskiy
   556 Englishtown Rd
   Monroe Township, NJ 08831

Social Security No.:
   xxx−xx−3915

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Gary A. Nau , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

556 Englishtown Rd., Monroe Township, NJ.


Dated: February 10, 2022
JAN: gan

>
>
>
> Jeanne Naughton
> Clerk